IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANJIT SINGH,

    Petitioner,                   1:06-CV-01885 ALA HC

    vs.

MICHAEL MUKASEY, et al.,

    Respondents.             ORDER TO SHOW CAUSE

        On July 23, 2007, an order served on Petitioner's address of record was returned as undeliverable. It appears that Petitioner has failed to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change.

        Therefore, IT IS HEREBY ORDERED that Petitioner is <u>ordered to show cause within 14 days</u> why this action should not be dismissed for Petitioner's failure to keep the court apprised of his current address.

/////

DATED: November 15, 2007

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation