IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANJIT SINGH,

    Petitioner,                   1:06-CV-01885 ALA HC

    vs.

MICHAEL MUKASEY, et al.,

    Respondents.             <u>ORDER</u>

        On July 23, 2007, an order served on Petitioner's address of record was returned as undeliverable. On November 16, 2007, this courts ordered Plaintiff to show cause within fourteen days as to why this actions should not be dismissed for Plaintiff's failure to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change. On November 27, 2007, that order was returned to the court as undeliverable.

        Therefore, IT IS HEREBY ORDERED that Petitioner petition is DISMISSED.

/////

DATED: November 27, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation